UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRON PATTERSON; TY LUIS PATTERSON,

                Plaintiffs,

    -against-

CPS, ET AL.,

                Defendants.

25-CV-6461 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 11, 2025, the Court directed Plaintiffs, within thirty days, to pay the $405.00 in fees required to file a civil action in this court, or to each submit a completed request to proceed *in forma pauperis* ("IFP application"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   October 1, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge