UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRON PATTERSON; TY LUIS PATTERSON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>CPS, ET AL.,<br><br>　　　　　　　　　Defendants. | 25-cv-6461 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the October 1, 2025, order, this action is dismissed without prejudice.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　October 3, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge